**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF WEST VIRGINIA

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    **4/16**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Gene Charles Valentine Trust** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **DBA  Gene Charles Valentine Living Trust** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **46-6151886** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **748 South Meadows Parkway, Suite A9-333 Reno, NV 89521** | **PO Box 31 Wellsburg, WV 26070** |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Washoe** | **Location of principal assets, if different from principal place of business** |
| County | **Commercial & Residential Real Estate (WV);Financial West Group(CA), Peace Point Equestrian Center(WV); Aspen Manor(WV)** |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

■ Other. Specify:    **Business Trust**

Debtor    **Gene Charles Valentine Trust**          Case number *(if known)*
           Name

No. 5:16-bk-01196    Doc 1    Filed 11/28/16    Entered 11/28/16 21:53:26    Page 2 of 12

**7.    Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.    Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.    Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☐ No.

■ Yes.

If more than 2 cases, attach a separate list.

| | District | **Northern District of West Virginia** | When | **8/09/12** | Case number | **8/12/2012** |
|---|---|---|---|---|---|---|
| | District | | When | | Case number | |

**10.   Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor | | | | Relationship | |
|---|---|---|---|---|---|---|
| | District | | When | | Case number, if known | |

11/28/16 9:51PM

No. 5:16-bk-01196   Doc 1   Filed 11/28/16   Entered 11/28/16 21:53:26   Page 3 of 12

| 11. | **Why is the case filed in *this district?*** | *Check all that apply:* |
|---|---|---|

■   Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐   A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

| 12. | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ■ No |
|---|---|---|

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

---

### ■   Statistical and administrative information

| 13. | **Debtor's estimation of available funds** | . | *Check one:* |
|---|---|---|---|

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

| 14. | **Estimated number of creditors** | ■ 1-49 <br> ☐ 50-99 <br> ☐ 100-199 <br> ☐ 200-999 | ☐ 1,000-5,000 <br> ☐ 5001-10,000 <br> ☐ 10,001-25,000 | ☐ 25,001-50,000 <br> ☐ 50,001-100,000 <br> ☐ More than100,000 |
|---|---|---|---|---|
| 15. | **Estimated Assets** | ☐ $0 - $50,000 <br> ☐ $50,001 - $100,000 <br> ☐ $100,001 - $500,000 <br> ☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million <br> ☐ $10,000,001 - $50 million <br> ■ $50,000,001 - $100 million <br> ☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion <br> ☐ $1,000,000,001 - $10 billion <br> ☐ $10,000,000,001 - $50 billion <br> ☐ More than $50 billion |
| 16. | **Estimated liabilities** | ☐ $0 - $50,000 <br> ☐ $50,001 - $100,000 <br> ☐ $100,001 - $500,000 <br> ☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million <br> ■ $10,000,001 - $50 million <br> ☐ $50,000,001 - $100 million <br> ☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion <br> ☐ $1,000,000,001 - $10 billion <br> ☐ $10,000,000,001 - $50 billion <br> ☐ More than $50 billion |

Debtor  **Gene Charles Valentine Trust**
       Name

No. 5:16-bk-01196   Doc 1   Filed 11/28/16   Entered 11/28/16 21:53:26   Page 4 of 12

Case number (*if known*)

---

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **November 28, 2016**
                 MM / DD / YYYY

**X** **/s/ Gene Charles Valentine**                    **Gene Charles Valentine**
   Signature of authorized representative of debtor        Printed name

Title   **Trustee**

---

**18. Signature of attorney**

**X** **/s/ Salene R. M. Kraemer**                 Date  **November 28, 2016**
   Signature of attorney for debtor                       MM / DD / YYYY

**Salene R. M. Kraemer**
Printed name

**MazurKraemer Business Law**
Firm name

**603 Washington Rd, Suite 500**
**Pittsburgh, PA 15228**
Number, Street, City, State & ZIP Code

Contact phone   **412-427-7075**      Email address  **salene@mazurkraemer.com**

**10687**
Bar number and State

---

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Gene Charles Valentine Trust** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF WEST VIRGINIA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim |  |  |
|---|---|---|---|---|---|---|
|  |  |  |  | If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. |  |  |
|  |  |  |  | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Bethany College 1 Main Street Bethany, WV 26032** | **William E. Watson, Esquire** <br><br> **(304) 737-0881** | **loan** | **Contingent Unliquidated Disputed** | | | **$0.00** |
| **Chesapeake Appalachia c/o Keith E. Moffatt P.O. Box 18946 Oklahoma City, OK 73154** | | **Plan Payments** | | | | **$112,000.00** |
| **First National Bank 4140 E. State Street Hermitage, PA 16148** | **Customer Service** <br><br> **(724) 981-6000** | **loan to purchase 250 Peace Point, Bethany, WV 26032** | | **$30,443.95** | **Unknown** | **Unknown** |
| **Gene Charles Valentine P.O. Box 31 Bethany, WV 26032** | | **Loan to Debtor to fund operating capital, construction (estimated)** | | | | **$14,368,217.00** |
| **Gulf Coast Bank and Trust Company/USDA 200 St. Charles Avenue for itself and as servicer for the USDA New Orleans, LA 70130-2997** | **CJ Kaiser, Counsel** <br><br> **(304) 232-6810** | **12 tracts of WV property, Peace Point Equestrian Center, GCV Trust's inventory, chattel paper, accounts, investment property, equipment, general intan** | **Contingent Unliquidated Disputed** | **$730,000.00** | **$5,000,000.00** | **Unknown** |
| **Main Street Bank 2001 Main Street Wheeling, WV 26003** | **Bryan Ramsey** <br><br> **(304) 232-2001** | **Bar IAGO 2478 Ogleby Drive Wheeling, WV 26003** | | **$447,000.00** | **$355,000.00** | **$92,000.00** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   **Gene Charles Valentine Trust**                                   Case number *(if known)* _____
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Mark Bergeron 7422 St. Philomena Way Citrus Heights, CA 95610** | **Mark Bergeron** **(916) 910-4162** | **Parcel B43 0051 0000 0000 Description: .17 AC Castelmans Run Less Oil & Gas (aka 230 Peace Point Road, Bethany, WV 26032 Bergeron House)** | | **$26,958.18** | **$25,200.00** | **$1,758.18** |
| **National Loan Investors LP 5619 North Classen Blvd Oklahoma City, OK 73118** | | **200 Main Street, Bethany, WV 26032** | | **$85,956.48** | **Unknown** | **Unknown** |
| **United States Treasury 425 Juliana Street Room 2202 ATTN: Bankruptcy Parkersburg, WV 26101** | **(304) 232-8931** | **federal income taxes** | **Contingent Unliquidated Disputed** | | | **Unknown** |
| **WV State Tax Department PO 3784 Charleston, WV 25337-3784** | **1 (800) 982-8297** | **2011 estimated state income tax owing** | **Contingent Unliquidated Disputed** | | | **$0.00** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Gene Charles Valentine Trust
PO Box 31
Wellsburg, WV 26070


Salene R. M. Kraemer
MazurKraemer Business Law
603 Washington Rd, Suite 500
Pittsburgh, PA 15228


Aaron Anslow
440 Peace Point Rd.
Bethany, WV 26032


Alice Bryan (Henie)
320 Peace Point
Bethany, WV 26032


Anthony Cipriani, JR.
806 Charles Street
Wellsburg, WV 26070


Arch Riley
Bernstein-Burkley Law Firm
700 Grant Street, Suite 2200
Pittsburgh, PA 15219


Bethany College
1 Main Street
Bethany, WV 26032


Carrie Bramhall
435 Peace Point
Bethany, WV 26032


Catholic Financial Life
P.O. Box 349
Milwaukee, WI 53201-0349


Chad Hall
1425 Brinker Road
Wellsburg, WV 26070

Charles Kaiser, Esquire
Phillips, Gardill, Kaiser, & Altmeyer
61 14th Street
Wheeling, WV 26003


Chesapeake Appalachia
c/o Keith E. Moffatt
P.O. Box 18946
Oklahoma City, OK 73154


Chris Winters
100 Peace Point
Bethany, WV 26032


Chuck and Jennifer Kilmer
260 Peace Point Rd.
Bethany, WV 26032


CIII Capital Partners
5221 North O'Connor Blvd., Suite 600
Attn: Kathy Patterson
Irving, TX 75039


Connie Wagner
776 Peace Point Rd.
Bethany, WV 26032


Craig Welin
FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 Wilshire Boulevard, 19th Floor
Los Angeles, CA 90017


Daniel Casey
4510 East Thousand Oaks Blvd
Thousand Oaks, CA 91362


Danny Casto
2100 Pleasant Ave.
Wellsburg, WV 26070


Delphi Development d/b/a Aspen Manor
1500 Brinker Road
Wellsburg, WV 26070

Elizabeth Jewell
4510 East Thousand Oaks Blvd.
Thousand Oaks, CA 91362


Financial West Group
Westlake Office Building
4510 East Thousand Oaks Blvd.
Thousand Oaks, CA 91362


First National Bank
4140 E. State Street
Hermitage, PA 16148


Gene C. Valentine
PO Box 31
Wellsburg, WV 26070


Gene C.Valentine
PO Box 31
Wellsburg, WV 26070


Gene Charles Valentine
P.O. Box 31
Bethany, WV 26032


Gene Charles Valentine
P.O. Box 31
Wellsburg, WV 26070


Gene Charles Valentine
P.O.  Box 31
Wellsburg, WV 26070


Gene Valentine
P.O. 31
Wellsburg, WV 26070


Great Lakes Energy Partners, LLC
125 State Route 43
PO Box 550
Hartville, OH 44632

Gulf Coast Bank and Trust Company/USDA
200 St. Charles Avenue
for itself and as servicer for the USDA
New Orleans, LA 70130-2997


James Schaffer
200 Main Street
Wellsburg, WV 26070


Jason Beaver
250 Peace Point
Bethany, WV 26032


Jason Hunter
28 Peace Point
Bethany, WV 26032


Jim Davis
NEED


Jim Lough
28 1/2 Peace Point
Bethany, WV 26032


John N. Valentine Trust
P.O. Box 31
Wellsburg, WV 26070


Johnny Lambert
PO Box
Bethany, WV 26032


Kathleen Godina
PO Box 93
Bethany, WV 26032


Kellie Grzybek
445 Collegeview
Bethany, WV 26032


Larry Fontarosa
PO Box 326
Bethany, WV 26032

Main Street Bank
2001 Main Street
Wheeling, WV 26003


Mark Bergeron
7422 St. Philomena Way
Citrus Heights, CA 95610


Michelle Cunningham
420 Peace Point
Bethany, WV 26032


National Loan Investors LP
5619 North Classen Blvd
Oklahoma City, OK 73118


Patricia Boyd
1500 Brinker Road
Wellsburg, WV 26070


Peace Point Farms Equestrian FacilityLLC
P.O. Box 31
Wellsburg, WV 26070


Richard McCreary
360 Washington Pike
Wellsburg, WV 26070


Robert Kelsey
4510 East Thousand Oaks Blvd
Thousand Oaks, CA 91362


Steve Minihan
4510 East Thousand Oaks Blvd.
Thousand Oaks, CA 91362


Tenant
1550 Brinker Road
Wellsburg, WV 26070


Terry Dartez
200 Main Street Apt. A
Wellsburg, WV 26070

United States Treasury
425 Juliana Street
Room 2202
ATTN: Bankruptcy
Parkersburg, WV 26101


US Pony Club
4041 Iron Works Pkwy.
Lexington, KY 40511


US. Treasury
425 Juliana Street
Room 2202
ATTN: Bankruptcy
Parkersburg, WV 26101


Wells Fargo Bank
Lockbox 200358
2975 Regent Blvd.
Irving, TX 75063


Wells Fargo Mortgage
1901 Harrison Street, 2nd Floor
Oakland, CA 94612


Wilhelmina Tuck
9 & 11 Peace Point
Bethany, WV 26032


William E. Watson, Esquire
William E. Watson & Associates
800 Main Street
P.O. Box 111
Wellsburg, WV 26070


WV State Tax Department
PO 3784
Charleston, WV 25337-3784