IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

In Re

| | |
|---|---|
| GENE CHARLES VALENTINE TRUST | Case No.: 5:16-BK-01196 |
| Debtor in Possession | Chapter 11 |

NOTICE OF APPEARANCE

Please take notice that the United States Trustee is represented in this proceeding by David L. Bissett.

Dated:   November 29, 2016

JUDY A. ROBBINS
UNITED STATES TRUSTEE

By Counsel

*/s/ David L. Bissett*
David L. Bissett [WV Bar No. 6013]
Trial Attorney, Office of U.S. Trustee
2025 United States Courthouse
300 Virginia Street, East
Charleston, WV 25301
304-347-3417
David.L.Bissett@usdoj.gov